IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  05-cr-00523-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     RAYMUNDO DIAZ-REYES,

       Defendant.

---

## ORDER TO ISSUE WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

THE COURT has reviewed the Government's Petition for a Writ of Habeas

Corpus Ad Prosequendum pertaining to the above-named defendant for an initial

appearance hearing before the United States District Court for the District of Colorado

forthwith.  The Court is familiar with the file in this case.

Being now informed in the premises, the Court hereby orders the Clerk of the

United States District Court to issue such a Writ directing the United States Marshal and

any other officer in whose custody the defendant may be held to bring the body of

Raymundo Diaz-Reyes, defendant, now confined in the Crowley County Correctional

Facility located at 6564 State Highway 96, Olney Springs, CO 81062, before a United

States Judge, sitting at Denver, Colorado, forthwith, and from day to day thereafter, for

an initial appearance hearing in the United States District Court for the District of

Colorado in the above-entitled and pending cause; and to hold the said defendant at all

times in custody as an agent of the United States of America; that immediately after the

conclusion of the proceedings described in the above-entitled cause in the United States

District Court for the District of Colorado, the United States Marshal and any other

officer in whose custody the defendant is held shall return the defendant to the institution

where he was confined, under safe and secure conduct, and have then and there this Writ.

DATED at Denver, Colorado, this ___13th___ day of ___December___, 2005.


BY THE COURT:



___s/Lewis T. Babcock_____

UNITED STATES CHIEF JUDGE LEWIS T. BABCOCK
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO